Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Hidalgo Accommodations Inc.** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **2940 Holdings Inc. c/o Integra Servicing LLC 801 S Rampart Boulevard Suite 160 Las Vegas, NV 89145** | | **Time Share - Tahiti Village - TVV P2-Bora Bora** | | **$13,549.00** | **Unknown** | **Unknown** |
| **A&A Garage Shop 5632 EBeverly Blvd. Los Angeles, CA 90022** | | **Auto Repair and Maintenance** | | | | **$1,000.00** |
| **Arco Gas Stattions 2813 W. Beverly Blvd. Montebello, CA 90640** | | **Trade debt** | | | | **$3,000.00** |
| **Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346** | | **Taxes Owed** | **Disputed** | | | **$350,000.00** |
| **John Temmink Temmink Financial Services 10722 Arrow Route, Suite 510 Rancho Cucamonga, CA 91730** | | **Services** | | | | **$650.00** |
| **National Papers 7870 Deering Ave,. Canoga Park, CA 91304** | | **Trade debt** | | | | **$500.00** |
| **Southland Medical Inc. PO Box 6148 Orange, CA 92863** | | **Trade debt** | | | | **$591.84** |